IN THE UNITED STATES BANKRUPTCY COURTS
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Dwayne L. Beere and | ) | Case No: 14-23536-CMB |
| Chelsey A. Beere, wife | ) | |
|     Debtors | ) | Chapter 13 |
| | ) | |
| Dwayne L. Beere and | ) | Doc. No. 40 |
| Chelsey A. Beere, wife | ) | |
|     Movants | ) | |
| | ) | |
| v. | ) | |
| No respondent(s) | ) | |

DEBTORS CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW, come the Debtors, Dwayne L. Beere and Chelsey A. Beere, by and through their counsel, Anthony M. Moody, Esq., and certify, under penalty of perjury, pursuant to 11 USC Section 1328, that the following statements are correct:

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors have not been required by judicial or administrative order, or by statute, to pay any domestic support obligation.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in 11 Section 1328(f)(1) or (2) of the Bankruptcy Code.

4. 11 Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

5. On September 1, 2014, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by completing a Certification of Completion of Post-petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form. This was filed on September 29, 2014 and is reflected at Doc. No. 17.

This Certification is being signed under penalty of perjury by Anthony M. Moody, the Undersigned Counsel, who duly questioned the Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: August 27, 2017                                    /s/ Anthony M. Moody
                                                                            Anthony M. Moody

Attorney for Debtor
PA Attorney ID# 86482
Moody Law Offices
90 West Chestnut Street
Ste. 603
Washington, PA 15301
amoody@moodylawoffices.com
412-227-0867