# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　DWAYNE L. BEERE<br>CHELSEY L. BEERE<br>　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　vs.<br>　DWAYNE L. BEERE<br>CHELSEY L. BEERE<br><br>　　Respondents | Case No. 14-23536CMB<br><br>Chapter 13<br><br>Document No. 39 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___28th___ day of ___August___, 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　Elizabeth Twp Area Medical Service
　　　　　Attn : Payroll Manager
　　　　　　911 Swiss Ave
　　　　　Elizabeth, PA 15037

is hereby ordered to immediately terminate the attachment of the wages of DWAYNE L. BEERE, social security number XXX-XX-4064. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DWAYNE L. BEERE.


BY THE COURT:

_Carlota M. Böhm_
　　　　　　　　　　　　　　　　dmr
UNITED STATES BANKRUPTCY JUDGE


FILED
8/28/17 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Dwayne L. Beere
Chelsey L. Beere
       Debtors

Case No. 14-23536-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: dric      Page 1 of 1      Date Rcvd: Aug 28, 2017
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2017.
db/jdb        Dwayne L. Beere,    Chelsey L. Beere,    226 German Street,    West Newton, PA   15089-1282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2017 at the address(es) listed below:
       Andrew F Gornall     on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
       Anthony M. Moody     on behalf of Debtor Dwayne L. Beere amoody@moodylawoffices.com, munroesharla@yahoo.com
       Anthony M. Moody     on behalf of Joint Debtor Chelsey L. Beere amoody@moodylawoffices.com, munroesharla@yahoo.com
       Brett A. Solomon     on behalf of Creditor    American Suzuki Financial Services Company bsolomon@tuckerlaw.com,  agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
       James Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
       Joshua I. Goldman     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
       Matthew John McClelland     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                TOTAL: 9