**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Dwayne L. Beere**
**Chelsey L. Beere**
  Debtor(s)

Bankruptcy Case No.: 14–23536–CMB
Related to Dkt. No. 45
Chapter: 13
Docket No.: 46 – 45

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this 28th day of November, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/12/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/14/18 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/12/18.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23536-CMB
Dwayne L. Beere                                                            Chapter 13
Chelsey L. Beere
            Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel          Page 1 of 1          Date Rcvd: Nov 28, 2017
                             Form ID: 408         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
```
db/jdb        Dwayne L. Beere,   Chelsey L. Beere,   226 German Street,   West Newton, PA  15089-1282
cr           +American Suzuki Financial Services Company,   Tucker Arensberg, P.C.,
              c/o Brett Solomon, Esquire,   1500 One PPG Place,   Pittsburgh, Pa 15222-5413
13914878     +Capital One Bankruptcy Dept.,   PO Box 30285,   Salt Lake City, UT 84130-0285
13914879     +Louis C. Beere,   966 Boyds Hallow Road,   Buena Vista, PA 15018-9540
13914881      M&T Bank,   PO Box 619063,   Ringgold, TX 76261-9063
13919759     +PNC BANK,   N/A,   P O BOX 94982,   CLEVELAND OHIO 44101-4982
13914882     +PNC Bank,   Centralized Customer Assistance Team,   MS P5-PCLC-01-E,   2730 Liberty Ave,
              Pittsburgh, PA 15222-4704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13930551     +E-mail/Text: g20956@att.com Nov 29 2017 01:26:54     AT&T Mobility II LLC,
              % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
              Bedminster, NJ 07921-2693
13914877      E-mail/Text: ally@ebn.phinsolutions.com Nov 29 2017 01:26:01
              American Suzuki Financial Services,   PO Box 9001951,   Louisville, KY 40290-1951
13918412      E-mail/Text: ally@ebn.phinsolutions.com Nov 29 2017 01:26:01
              American Suzuki Financial Services serviced by All,   PO Box 130424,
              Roseville, MN 55113-0004
13914880      E-mail/Text: camanagement@mtb.com Nov 29 2017 01:26:11     M&T Bank,   2nd Floor Collections,
              1100 Wehrle Drive,   Williamsville, NY 14221
13950007      E-mail/Text: camanagement@mtb.com Nov 29 2017 01:26:11     M&T Bank,   PO Box 1288,
              Buffalo, NY 14240-1288
13958319      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 29 2017 01:28:30
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13918922      E-mail/Text: bnc-quantum@quantum3group.com Nov 29 2017 01:26:15
              Quantum3 Group LLC as agent for,   Sterling Jewelers Inc,   PO Box 788,
              Kirkland, WA  98083-0788
                                                                                  TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Lakeview Loan Servicing, LLC
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017

Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
```
              Andrew F Gornall   on behalf of Creditor   Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Anthony M. Moody   on behalf of Joint Debtor Chelsey L. Beere amoody@moodylawoffices.com,
               munroesharla@yahoo.com
              Anthony M. Moody   on behalf of Debtor Dwayne L. Beere amoody@moodylawoffices.com,
               munroesharla@yahoo.com
              Brett A. Solomon   on behalf of Creditor   American Suzuki Financial Services Company
               bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James Warmbrodt   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Matthew John McClelland   on behalf of Creditor   Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                  TOTAL: 9
```