**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DWAYNE L. BEERE
CHELSEY L. BEERE
      Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
     Movant
     vs.
No Repondents.

Case No.:14-23536

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 21, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 08/30/2014 and confirmed on 10/8/14. The case was subsequently    Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 66,528.00 |
| Less Refunds to Debtor | | 1,686.20 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 64,841.80 |
| Administrative Fees | | | | |
|   Filing Fee | | 0.00 | | |
|   Notice Fee | | 0.00 | | |
|   Attorney Fee | | 3,810.00 | | |
|   Trustee Fee | | 2,628.98 | | |
|   Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 6,438.98 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 29,335.36 | 0.00 | 29,335.36 |
|     Acct: 0786 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 7,066.27 | 7,066.27 | 0.00 | 7,066.27 |
|     Acct: 0786 | | | | |
|   QUANTUM3 GROUP LLC AGNT - STERLIN | 323.82 | 323.82 | 229.16 | 552.98 |
|     Acct: 8535 | | | | |
|   AMERICAN SUZUKI FINANCIAL SVC SERV | 12,000.68 | 12,000.68 | 832.63 | 12,833.31 |
|     Acct: 1057 | | | | |
|   PNC BANK NA | 7,174.38 | 7,174.38 | 497.39 | 7,671.77 |
|     Acct: 0187 | | | | |
| | | | | 57,459.69 |
| **Priority** | | | | |
|   ANTHONY M MOODY ESQ | 3,810.00 | 3,810.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DWAYNE L. BEERE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DWAYNE L. BEERE | 1,686.20 | 1,686.20 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MOODY LAW OFFICES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | * * * N O N E * * * | | |
| **Unsecured** | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 496.60 | 496.60 | 0.00 | 496.60 |
|     Acct: XXX9401 | | | | |
|   AT & T MOBILITY II LLC | 446.53 | 446.53 | 0.00 | 446.53 |
|     Acct: 8372 | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 943.13 |
| **TOTAL PAID TO CREDITORS** | | | | 58,402.82 |

| | | |
|---|---|---|
| TOTAL CLAIMED | | 0.00 |
| PRIORITY | | 26,565.15 |
| SECURED | | 943.13 |

Date: 11/21/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    DWAYNE L. BEERE<br>    CHELSEY L. BEERE<br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>        vs.<br>    No Repondents. | Case No.:14-23536<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                BY THE COURT:

                                                                _____
                                                                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                    Case No. 14-23536-CMB
Dwayne L. Beere                                           Chapter 13
Chelsey L. Beere
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: jhel                 Page 1 of 1                Date Rcvd: Nov 28, 2017
                               Form ID: pdf900            Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
```
db/jdb         Dwayne L. Beere,    Chelsey L. Beere,    226 German Street,    West Newton, PA 15089-1282
cr            +American Suzuki Financial Services Company,    Tucker Arensberg, P.C.,
               c/o Brett Solomon, Esquire,    1500 One PPG Place,    Pittsburgh, Pa 15222-5413
13914878      +Capital One Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
13914879      +Louis C. Beere,    966 Boyds Hallow Road,    Buena Vista, PA 15018-9540
13914881       M&T Bank,    PO Box 619063,    Ringgold, TX 76261-9063
13919759      +PNC BANK,   N/A,    P O BOX 94982,    CLEVELAND  OHIO 44101-4982
13914882      +PNC Bank,   Centralized Customer Assistance Team,    MS P5-PCLC-01-E,    2730 Liberty Ave,
               Pittsburgh, PA 15222-4704
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13930551      +E-mail/Text: g20956@att.com Nov 29 2017 01:26:54     AT&T Mobility II LLC,
               % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
13914877       E-mail/Text: ally@ebn.phinsolutions.com Nov 29 2017 01:26:01
               American Suzuki Financial Services,    PO Box 9001951,    Louisville, KY 40290-1951
13918412       E-mail/Text: ally@ebn.phinsolutions.com Nov 29 2017 01:26:01
               American Suzuki Financial Services serviced by All,    PO Box 130424,
               Roseville, MN 55113-0004
13914880       E-mail/Text: camanagement@mtb.com Nov 29 2017 01:26:11      M&T Bank,   2nd Floor Collections,
               1100 Wehrle Drive,   Williamsville, NY 14221
13950007       E-mail/Text: camanagement@mtb.com Nov 29 2017 01:26:11      M&T Bank,   PO Box 1288,
               Buffalo, NY 14240-1288
13958319       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 29 2017 01:48:19
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13918922       E-mail/Text: bnc-quantum@quantum3group.com Nov 29 2017 01:26:16
               Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 7

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Lakeview Loan Servicing, LLC
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Anthony M. Moody    on behalf of Joint Debtor Chelsey L. Beere amoody@moodylawoffices.com,
               munroesharla@yahoo.com
              Anthony M. Moody    on behalf of Debtor Dwayne L. Beere amoody@moodylawoffices.com,
               munroesharla@yahoo.com
              Brett A. Solomon    on behalf of Creditor    American Suzuki Financial Services Company
               bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 9
```