**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DWAYNE L. BEERE<br>CHELSEY L. BEERE<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Repondents. | Case No.:14-23536 CMB<br><br><br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 08/30/2014  and confirmed on 10/08/2014 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

　　2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 66,528.00 |
| Less Refunds to Debtor | 1,686.20 | |
| TOTAL AMOUNT OF PLAN FUND | | 64,841.80 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,810.00 | |
| 　Trustee Fee | 2,628.98 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,438.98 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　LAKEVIEW LOAN SERVICING LLC | 0.00 | 29,335.36 | 0.00 | 29,335.36 |
| 　　Acct: 0786 | | | | |
| 　LAKEVIEW LOAN SERVICING LLC | 7,066.27 | 7,066.27 | 0.00 | 7,066.27 |
| 　　Acct: 0786 | | | | |
| 　QUANTUM3 GROUP LLC AGNT - STERLING | 323.82 | 323.82 | 229.16 | 552.98 |
| 　　Acct: 8535 | | | | |
| 　AMERICAN SUZUKI FINANCIAL SVC SERVI | 12,000.68 | 12,000.68 | 832.63 | 12,833.31 |
| 　　Acct: 1057 | | | | |
| 　PNC BANK NA | 7,174.38 | 7,174.38 | 497.39 | 7,671.77 |
| 　　Acct: 0187 | | | | |
| | | | | 57,459.69 |
| Priority | | | | |
| 　ANTHONY M MOODY ESQ | 3,810.00 | 3,810.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　DWAYNE L. BEERE | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　DWAYNE L. BEERE | 1,686.20 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| 14-23536 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type  Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| DWAYNE L. BEERE | | 1,686.20 | 1,686.20 | 0.00 | 0.00 |
| Acct: | | | | | |
| MOODY LAW OFFICES PC | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | * * * N O N E * * * | | | |
| Unsecured | | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | | 496.60 | 496.60 | 0.00 | 496.60 |
| Acct: XXX9401 | | | | | |
| AT & T MOBILITY II LLC | | 446.53 | 446.53 | 0.00 | 446.53 |
| Acct: 8372 | | | | | |
| ANDREW F GORNALL ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 943.13 |

TOTAL PAID TO CREDITORS                                                                                                  58,402.82

TOTAL CLAIMED
PRIORITY           0.00
SECURED       26,565.15
UNSECURED        943.13

Date: 01/24/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com