# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DWAYNE L. BEERE
    CHELSEY L. BEERE
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.: 14-23536

Chapter 13

Document No.: 45

**ENTERED BY DEFAULT**

### ORDER OF COURT

AND NOW, this **26th** day of **January**, 20**18**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE    **dmr**

FILED
1/26/18 8:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                               Case No. 14-23536-CMB
Dwayne L. Beere                                                      Chapter 13
Chelsey L. Beere
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin                   Page 1 of 1                  Date Rcvd: Jan 26, 2018
                              Form ID: pdf900              Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
db/jdb         Dwayne L. Beere,    Chelsey L. Beere,    226 German Street,    West Newton, PA 15089-1282
cr            +American Suzuki Financial Services Company,    Tucker Arensberg, P.C.,
                c/o Brett Solomon, Esquire,    1500 One PPG Place,    Pittsburgh, Pa 15222-5413
13914878      +Capital One Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
13914879      +Louis C. Beere,    966 Boyds Hallow Road,    Buena Vista, PA 15018-9540
13914881       M&T Bank,    PO Box 619063,    Ringgold, TX 76261-9063
13919759      +PNC BANK,    N/A,   P O BOX 94982,    CLEVELAND  OHIO 44101-4982
13914882      +PNC Bank,    Centralized Customer Assistance Team,    MS P5-PCLC-01-E,    2730 Liberty Ave,
                Pittsburgh, PA 15222-4704
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13930551      +E-mail/Text: g20956@att.com Jan 27 2018 02:11:10       AT&T Mobility II LLC,
                % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                Bedminster, NJ 07921-2693
13914877       E-mail/Text: ally@ebn.phinsolutions.com Jan 27 2018 02:09:21
                American Suzuki Financial Services,    PO Box 9001951,    Louisville, KY 40290-1951
13918412       E-mail/Text: ally@ebn.phinsolutions.com Jan 27 2018 02:09:21
                American Suzuki Financial Services serviced by All,    PO Box 130424,
                Roseville, MN 55113-0004
13914880       E-mail/Text: camanagement@mtb.com Jan 27 2018 02:09:43       M&T Bank,   2nd Floor Collections,
                1100 Wehrle Drive,    Williamsville, NY 14221
13950007       E-mail/Text: camanagement@mtb.com Jan 27 2018 02:09:43       M&T Bank,   PO Box 1288,
                Buffalo, NY 14240-1288
13958319       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 27 2018 02:52:35
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13918922       E-mail/Text: bnc-quantum@quantum3group.com Jan 27 2018 02:09:54
                Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                Kirkland, WA  98083-0788
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Anthony M. Moody    on behalf of Joint Debtor Chelsey L. Beere amoody@moodylawoffices.com,
           munroesharla@yahoo.com
          Anthony M. Moody    on behalf of Debtor Dwayne L. Beere amoody@moodylawoffices.com,
           munroesharla@yahoo.com
          Brett A. Solomon    on behalf of Creditor    American Suzuki Financial Services Company
           bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 9
```